FILED
JUN 21 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr., Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 12-CR-892-GT |
| Plaintiff | |
| vs. | **ORDER FOR CONTINUANCE** |
| DOMINGO SANCHEZ-SANCHEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Wednesday, June 27, 2012, at 9:30 a.m. be continued until Friday, July 13, 2012 at 9:30 a.m. The defendant, DOMINGO SANCHEZ SANCHEZ is in custody.

**IT IS SO ORDERED.**

DATED: 6-21-12

GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE